WO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,  )  | |
| ) | CV-05-0457-TUC-DCB |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| ) | |
| Cyberheat, Inc., an Arizona  ) | |
| corporation,  ) | |
| ) | |
| Defendant.  ) | |

On March 4, 2008, the parties filed a Joint Motion for Entry of Proposed Order for Permanent Injunction.

After consideration,

IT IS ORDERED that the Joint Motion for Entry of Proposed Order for Permanent Injunction (Doc. No. 74) is GRANTED. The Order for Permanent Injunction shall be signed by the Court as the Final Judgment in this action, pursuant to stipulation of the parties and in the public interest, and entered forthwith by the Clerk of the Court. This action is closed.

DATED this 5th day of March, 2008.

David C. Bury
United States District Judge